United States Court of Appeals

For the Eighth Circuit

_____

No. 24-3306

_____

Donald Merrill

*Plaintiff - Appellant*

v.

Evans, Sheriff, Marion County Detention Center; Mills, Jailer/CO, Marion County
Detention Center; Norwood, Jailer/CO, Marion County Detention Center

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Western District of Arkansas - Harrison

_____

Submitted: April 15, 2025
Filed: May 15, 2025
[Unpublished]

_____

Before SMITH, GRASZ, and KOBES, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Donald Merrill appeals the district court's dismissal of his pro
se civil rights action after the court erroneously stated that he had not filed any
objections to the magistrate judge's report and recommendation. Because Merrill has
shown that de novo review of the magistrate judge's report was not performed,

remand is warranted.  See Grinder v. Gammon, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  As the allegations in Merrill's complaint and objections--that the defendant jail officials decided to give him unprescribed insulin to treat his elevated blood sugar, substituting their judgment for a medical professional's prescription--state a potentially viable deliberate indifference claim, the district court is instructed to allow him to amend his complaint on remand.  See Kaden v. Slykhuis, 651 F.3d 966, 968 (8th Cir. 2011) (per curiam); Meloy v. Bachmeier, 302 F.3d 845, 849 (8th Cir. 2002).

Accordingly, we grant Merrill leave to proceed in forma pauperis, and we reverse the dismissal and remand to the district court for further proceedings.

_____